BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00112 AWI |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| EDDIE MARICIO MOTA-RAMOS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and ANDREW L. GRADMAN, Special Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: April 19, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Andrew L. Gradman
ANDREW L. GRADMAN
Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     April 19, 2012          _____
                                   CHIEF UNITED STATES DISTRICT JUDGE